UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: VANCE FAMBER, JR., | { | CHAPTER 13 |
| | { | |
| DEBTOR(S) | { | CASE NO. R22-41400-BEM |
| | { | JUDGE ELLIS-MONRO |

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The amended plan filed April 4, 2023 fails to include a creditor matrix.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

April 17, 2023

　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　Sonya Buckley Gordon, Attorney
　　　　　　　　　　　　　for Chapter 13 Trustee
　　　　　　　　　　　　　GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

R22-41400-BEM

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

VANCE FAMBER, JR.
P.O. BOX 6762
DALTON, GA 30722

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 17th day of April, 2023

       /s/
Sonya Buckley Gordon, Attorney
for Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com